DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Bank of America, N.A., ) | |
| ) | CASE NO. 5:09 CV 2520 |
| Appellant, ) | |
| ) | BANKRUPTCY COURT LEAD CASE |
| v. ) | NO. 08-54674 |
| ) | |
| Harold Corzin, Trustee, ) | BANKRUPTCY COURT ADVERSARY |
| ) | CASE NO. 09-5034 |
| Appellee. ) | |
| ) | <u>JUDGMENT ENTRY</u> |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the judgment of the bankruptcy court entered by Judgment Entry filed September 10, 2009 in *In re Bergman, et al., Debtors, Corzin, Trustee, Plaintiff v. Bank of America N.A., et al., Defendants,* Lead Case No. 08-54674, Adversary Case No. 09-5034, U.S. Bankruptcy Court, N.D. Ohio (ECF 36 under Adversary Case No. 09-5034), is affirmed.

IT IS SO ORDERED.

| | |
|---|---|
| February 2, 2010 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |